No. 76–5617. CHAPDELAINE *v.* TENNESSEE STATE BOARD OF EXAMINERS FOR LAND SURVEYORS ET AL. Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question.

No. 74–1601. AMERICAN TELEPHONE & TELEGRAPH CO., LONG LINES DEPARTMENT *v.* COMMUNICATIONS WORKERS OF AMERICA, AFL–CIO, ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *General Electric Co.* v. *Gilbert, ante,* p. 125.

No. 75–70. SOCIAL SERVICE EMPLOYEES UNION, LOCAL 371, ET AL. *v.* WOMEN IN CITY GOVERNMENT UNITED ET AL.; and
No. 75–71. UNITED FEDERATION OF TEACHERS ET AL. *v.* WOMEN IN CITY GOVERNMENT UNITED ET AL. C. A. 2d Cir. Certiorari granted and cases remanded for further consideration in light of *General Electric Co.* v. *Gilbert, ante,* p. 125.

No. 75–568. LAKE OSWEGO SCHOOL DISTRICT No. 7 ET AL. *v.* HUTCHISON. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *General Electric Co.* v. *Gilbert, ante,* p. 125.

No. 75–1419. McDONALD, AKA MACDONALD *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded to consider merits of petitioner's appeal. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST dissent.

No. 75–1887. JONES ET AL. *v.* CARROLL ET AL. C. A. 4th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Meachum* v. *Fano,* 427 U. S. 215 (1976), and *Montanye* v. *Haymes,* 427 U. S. 236 (1976).